United States Bankruptcy Court
Southern District of Texas
**ENTERED**
November 18, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO: 25-36445 |
| TBN MURRAY FAM LLC, § | |
| § | |
| Debtor. § | |
| § | |
| § | CHAPTER 11 |

## ORDER OF DISMISSAL

Hearing was held on November 18, 2025. For the reasons stated on the record this case is dismissed without prejudice.

**SO ORDERED.**

SIGNED 11/18/2025

_____
Jeffrey Norman
United States Bankruptcy Judge